UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | FILED |
| CLERK, U.S. DISTRICT COURT |
| 6/16/2026 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: _____LRO_____ DEPUTY |

IN RE: BOSTON SCIENTIFIC CORPORATION
SPINAL CORD STIMULATOR PRODUCTS
LIABILITY LITIGATION

MDL No. 3181

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On June 5, 2026, the Panel transferred 3 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* MDL No. 3181, ECF No. 76 (J.P.M.L. 2026). Since that time, no additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Josephine L. Staton.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Staton.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of June 5, 2026, and, with the consent of that court, assigned to the Honorable Josephine L. Staton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

| |
| Inasmuch as no objection is pending at this time, the stay is lifted. |
| Jun 16, 2026 |
| CLERK'S OFFICE |
| UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

FOR THE PANEL:

*Jessica D. Birnbaum*

Jessica D. Birnbaum
Clerk of the Panel

**IN RE: BOSTON SCIENTIFIC CORPORATION**
**SPINAL CORD STIMULATOR PRODUCTS**
**LIABILITY LITIGATION**                                    MDL No. 3181

**SCHEDULE CTO−1 − TAG−ALONG ACTIONS**

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| | | | **2:26-cv-06831-JLS-E** |
| CAN | 3 | 26−03602 | Greenberg v. Boston Scientific Corporation et al |
| CAN | 3 | 26−04804 | Hansen v. Boston Scientific Corp. et al |
| | | | **2:26-cv-06832-JLS-E** |
| FLORIDA NORTHERN | | | |
| FLN | 5 | 26−00109 | JARRETT v. ABBOTT LABORATORIES et al |
| | | | **2:26-cv-06833-JLS-E** |
| GEORGIA NORTHERN | | | |
| GAN | 2 | 26−00160 | McDonald v. Boston Scientific Corporation |
| | | | **2:26-cv-06834-JLS-E** |
| GEORGIA SOUTHERN | | | |
| GAS | 1 | 26−00098 | Whitehouse v. Boston Scientific Corporation |
| | | | **2:26-cv-06835-JLS-E** |
| MISSOURI WESTERN | | | |
| MOW | 6 | 26−03147 | Williams v. Boston Scientific Corporation et al |
| | | | **2:26-cv-06836-JLS-E** |

I hereby attest and certify on __6/23/2026__ that the foregoing document is full, true and correct copy of the original on file in my office, and in my legal custody

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Luis Rodriguez
_____
DEPUTY CLERK

